IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL NORTON and STEVEN DELACUESTA,<br><br>        Plaintiff,<br><br>    v.<br><br>ASSURED PERFORMANCE NETWORK, dba ASSURED PERFORMANCE NETWORK, INC.,<br><br>        Defendants. | Case No.  4:14-CV-486-BLW<br><br>**JUDGMENT** |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Stipulation for Dismissal (docket no. 38) is APPROVED and that this matter is hereby DISMISSED WITH PREJUDICE each party to bear their own cots and attorney fees.  Pursuant to the Stipulation, the dismissal of this action is not an admission of liability by any party to this proceeding.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion to compel (docket no. 30) is DEEMED MOOT.  The Clerk is directed to close this case



DATED: April 1, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court